# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALPHONSE VALLERY

VERSUS

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND A&M COLLEGE

NO.   2025 CW 0544

**JULY 28, 2025**

---

In Re:   Board of Supervisors of Louisiana State University and A&M College, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 705449.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT